240 TABOR STREET.

Statement of Facts—Opinion of the Court.    [44 Pa. Superior Ct.

## Tabor Street.

Argued April 22, 1910. Appeal, No. 103, April T., 1910, by the city of Pittsburg, from order of C. P. No. 3, Allegheny Co., Nov. T., 1908, No. 228, dismissing exceptions to report of viewers In re Tabor Street. Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD, BEAVER and PORTER, JJ. Affirmed.

OPINION BY HENDERSON, J., October 10, 1910:

This case was argued with the appeal of the City of Pittsburg v. Calvary Cemetery Association and involves the same question. An opinion has been this day filed in the latter case, post, p. 289, affirming the judgment of the court below.

The judgment is therefore affirmed in this case.